# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**SCOTT ERLANDSON,**

                **Plaintiff,**

**vs.**                                      **Case No.: 19-cv-151 slc**

**ANDREW SAUL,**
    **Commissioner of Social Security,**

                **Defendant.**

## NOTICE OF APPEAL

*Notice is hereby given* that Scott Erlandson, by his attorney, Dana W. Duncan, Duncan Disability Law, S.C. plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated May 22, 2020 and the judgment dated May 22, 2020 by Federal Magistrate Judge Stephen L. Crocker which affirmed the decision of the Defendant, Andrew Saul, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

    Dated this 10th day of July, 2020.

                                                          **DUNCAN DISABILITY LAW, S.C.**
                                                          Attorneys for the Plaintiff

                                                          /s/ Dana W. Duncan
                                                          _____
                                                          Dana W. Duncan
                                                         State Bar I.D. No. 01008917
                                                         555 Birch St
                                                         Nekoosa, WI 54457
                                                         (715) 423-4000